IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST M. RICHARDSON, | No. CIV S-08-2023-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| JAMES YATES, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole. Petitioner has not yet resolved the fee status for this case. Pending before the court are petitioner's motion to proceed with a modified petition (Doc. 3) and motion to exceed page limits (Doc. 4). Good cause appearing therefor, both motions will be granted. In the event plaintiff resolves the fee status for this case pursuant to the court's August 29, 2008, order and the court orders respondent to file a response, this case shall proceed on the "Ancillary Petition for Writ of Habeas Corpus" and accompanying memorandum of points and authorities, both filed on August 18, 2008 (Docs. 1 and 2).

/ / /

1   Accordingly, IT IS HEREBY ORDERED that:

2       1.    Plaintiff's motions (Docs. 3 and 4) are granted; and

3       2.    This case proceeds on the "Ancillary Petition for Writ of Habeas Corpus"

4  and accompanying memorandum of points and authorities (Docs. 1 and 2).

6  DATED: September 12, 2008

                                                 */s/ Craig M. Kellison*
                                                 **CRAIG M. KELLISON**
                                                 UNITED STATES MAGISTRATE JUDGE