IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST M. RICHARDSON, | No. CIV S-08-2023-CMK-P |
|     Petitioner, | |
|  vs. | ORDER |
| JAMES YATES, | |
|     Respondent. | |
|                              / | |

      Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The action was initiated with an "Ancillary Petition for Writ of Habeas Corpus" and accompanying memorandum of points and authorities (Docs. 1 and 2) in which petitioner states that the ". . . petition concerns a challenge to a decision by the Board of Prison Hearings, not to his original conviction." On September 24, 2008, the court directed respondent to file a response to the petition.

      Before respondent filed any response, petitioner filed a second "Ancillary Petition for Writ of Habeas Corpus" and accompanying memorandum of points and authorities (Doc. 19) on November 18, 2008, which petitioner states is a ". . . challenge to a decision by an Institutional Disciplinary Committee, not to his original conviction." It is unclear whether

1  petitioner intended the second petition to be an amended petition in this action, in which case the
2  original petition challenging the denial of parole would be superceded, or whether he actually
3  intended to file a separate action challenging the disciplinary committee action.  Petitioner shall
4  inform the court within 30 days of the date of this order whether he intended a new action or an
5  amendment to the original petition in this action.  If petitioner does not respond within the time
6  provided, the court will assume petitioner intended an amendment to the original petition in this
7  action which will then proceed on the petition filed on November 18, 2008.  In the meantime,
8  respondent is relieved of the obligation to respond to the original petition.

9      IT IS SO ORDERED.

11  DATED: November 20, 2008

13                             **CRAIG M. KELLISON**
                           UNITED STATES MAGISTRATE JUDGE