IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FORREST M. RICHARDSON,                    No. CIV S-08-2023-CMK-P

       Petitioner,

   vs.                                                          <u>ORDER</u>

JAMES YATES,

       Respondent.

_____/

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole (docs. 1 and 2). Before respondent filed a response, petitioner filed in this case another petitioner (Doc. 19) challenging a prison disciplinary action. Because it was unclear whether petitioner intended to initiate a new case or amend the petition in this case, the court directed petitioner to clarify his intention. On November 26, 2008, petitioner responded by indicating that the second petition (Doc. 19) was intended as a new action and not as an amended petition in this action. The Clerk of the Court will be directed to remove Doc. 19 from this file and to open a new action. The Clerk of the Court will also be directed to file Doc. 20 in the new action as it pertains to Doc. 19. Respondent will be directed to file a response in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall remove Doc. 19 from this file and open a new habeas corpus action;

2. The Clerk of the Court shall remove Doc. 20 from this file and file it in the new case;

3. Respondent shall file a response to the petition in this action (Docs. 1 and 2) within 60 days from the date of service of this order; and

4. Petitioner's traverse or reply (if an answer to the petition is filed), if any, or opposition or statement of non-opposition (if a motion in response to the petition is filed) shall be filed and served within 30 days of service of respondent's response.

DATED: December 3, 2008

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE